UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KENYA CARRINGTON and BRITTNEY ALEXANDER, *on behalf of themselves and all others similarly situated*,

                              *Plaintiffs*,

-against-

AURELIUS CAPITAL MANAGEMENT, LP,

                              *Defendant.*

Case No.: 1:24-cv-01768-ARR-MMH

**NOTICE OF VOLUNTARY DISMISSAL**

WHEREAS, no defendant has served a responsive pleading to the complaint in this action;

WHEREAS, Plaintiffs dismiss the claims in this lawsuit against the only remaining defendant, namely AURELIUS CAPITAL MANAGEMENT, LP;

NOW, PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice.

Dated: New York, New York
       April 22, 2024

LAW OFFICE OF MOHAMMED GANGAT

*/s/ Mohammed Gangat*

Mohammed Gangat, Esq.
675 Third Avenue, Suite 1810
New York, NY
(718) 669-0714
mgangat@gangatpllc.com

*Attorneys for Plaintiff*

So Ordered,

/s/ (ARR)

Allyne R. Ross, U.S.D.J.  4/23/24